UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eric S. Upchurch, II,

      Plaintiff,

v.

Dr. Vittorio,

      Defendant.

File No. 25-cv-4630 (ECT/DJF)

**ORDER ACCEPTING REPORT
AND RECOMMENDATION**

---

Magistrate Judge Dulce J. Foster issued a Report and Recommendation on February 13, 2026.  ECF No. 10.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 10] is **ACCEPTED**;

2. Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted;

3. Plaintiff's IFP application [ECF No. 6] is **DENIED AS MOOT**;

4. Plaintiff's Motion to Appoint Counsel [ECF No. 2] is **DENIED AS MOOT**;

5. Plaintiff is required to pay the unpaid balance of the statutory filing fee for this action ($339.72) in the manner prescribed by 28 U.S.C. § 1915(b)(2), with the Clerk

of Court to provide notice of this requirement to the authorities at the institution where

Plaintiff is confined.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 24, 2026                                  s/ Eric C. Tostrud
                                                        Eric C. Tostrud
                                                        United States District Court